AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANGELO MARTIGNETTI, JR.

## CRIMINAL COMPLAINT

CASE NUMBER: MJ# 05-824-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about Beginning June 12, 2002 and continuing through 3/2005 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

an employee of an FDIC insured bank, embezzled, purloined and willfully misapplied moneys and funds of such bank and moneys and funds intrusted to the custody and care of such bank.

in violation of Title __18__ United States Code, Section(s) __656__.

I further state that I am a(n) **FBI Special Agent** and that this complaint is based on the following facts:
Official Title

SEE ATTACHMENT A

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

05-05-2005 @ 5:10 PM   at   Boston, MA
Date                                City and State

Marianne B. Bowler,
United States Magistrate Judge                  Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.