IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA :

v. : NO. 05-M-824-MBB

ANGELO MARTIGNETTI, JR. :

:

---

## MOTION TO UNIMPOUND COMPLAINT AND RELATED DOCUMENTS

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Allison D. Burroughs, Assistant U.S. Attorney, hereby moves the Court to unimpound the complaint and related documents filed in this matter.

In support thereof, the government states that the defendant has been arrested and are now aware of the pending charges. Therefore, it is no longer necessary to conceal the existence of the complaint, arrest warrant and supporting documentation to avoid compromising the ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

ALLISON D. BURROUGHS    5/6/05
Assistant U.S. Attorney
(617) 748-3146