AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

UNITED STATES

V.

ANGELO MARTIGNETTI, JR.

**EXHIBIT AND WITNESS LIST**

Case Number:  05-MJ-524-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY ALLISON BURROUGHS | DEFENDANT'S ATTORNEY PAUL MARKHAM |
|---|---|---|
| TRIAL DATE (S) 5/9/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/9/2005 | | | SPECIAL AGENT JAMES P. HISGEN, F.B.I., for the govt. |
| 1 | | 5/9/2005 | X | X | AFFIDAVIT |
| 2 | | 5/9/2005 | X | X | SUSPICIOUS ACTIVITY REPORT |
| 3 | | 5/9/2005 | X | X | SUMMARY OF DEPOSITS |
| | | 5/9/2005 | | | ANGELO MARTIGNETTI, SR., called by defense counsel |
| | | 5/9/2005 | | | BENJAMIN MARTIGNETTI called by defense counsel |
| | | 5/9/2005 | | | CHRISTOPHER MARTIGNETTI called by defense counsel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages