# United States District Court

_____ DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

__Angelo Martignetti jr.__
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: __MJ#-05-824-MBB__

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Place

_____ on _____
　　　　　　　　　　　　　　　　　　　　　　　　Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✗ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of __Ten Thousand__ dollars ($__10,000.00__)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

AO199B (Rev.8/97) Additional Conditions of Release                                                                         Page _2_ of _3_ Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed ~~in the custody of:~~ _C.A.B. Center_
  (Name of person or ~~organization~~)
  (Address) _____
  (City and state) _Danvers, MA_ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _[signature]_
                                                                Custodian of Proxy

(  ) (7) ~~The~~ defendant shall:
 (✗) (a) maintain or actively seek employment.
 ( ) (b) ~~maintain or commence an educational program.~~
 (✗) (c) abide by the following restrictions on his personal associations, place of abode, or travel:
  _Restricted travel Dist of MA_
  _Maintain residence_
  _Notify PTS of change of address_
 ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _____
 (✗) (e) report on a regular basis to the supervising officer. _as directed_
 ( ) (f) comply with the following curfew: _____
 (✗) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
 ( ) (h) refrain from excessive use of alcohol.
 ( ) (i) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
 ( ) (j) undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____
 (✗) (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property _10,000₤ unsecured bond_
 ( ) (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
 ( ) (m) execute a bail bond with solvent sureties in the amount of $ _____
 ( ) (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
 ( ) (o) surrender any passport to _____
 ( ) (p) ~~obtain no passport.~~
 (✗) (q) submit to urine analysis testing upon demand of the supervising officer. _- upon completion of Program_
 (✗) (r) participate in a program of (inpatient) or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
 ( ) (s) submit to an electronic monitoring program as directed by the supervising officer.
 (✗) (t) _Upon completion to reside w/ Angelo Mentignetti Sr._
 _Notify PTS of an arrest w/in 24 hrs._

AO 199C    (Rev.12/03) Advice of Penalties . . .                                        Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

77 Park lane Ave.
_____
Address

Lynn, MA                    781-595-5962
_____
City and State              Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: May 9, 2005

Marianne B. Bowler USMJ
_____
Signature of Judge

MARIANNE B. BOWLER
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judge

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL